IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRENDA SUE GAULTNEY,                          *

          Plaintiff,                      *

v.                                            Case No.  5:26-cv-00115-TES

                                        *

ROBIN VERNON COLLINS,

          Defendant.                      *

                                        *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 11, 2026, and for the reasons stated therein, JUDGMENT

is hereby entered remanding this case to the  Magistrate Court of Houston County, Georgia.

  This 11th day of May, 2026.

                              David W. Bunt, Clerk


                              s/ Raven K. Alston, Deputy Clerk